Same case below, 372 Fed. Appx. 373.

**No. 10-8608. Mario de Jesus Martinez-Intreriano, Petitioner v. United States.**

562 U.S. 1248, 131 S. Ct. 1550, 179 L. Ed. 2d 359, 2011 U.S. LEXIS 1187.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 407 Fed. Appx. 676.

**No. 10-8611. Celcio Javier Perez-Villanueva, Petitioner v. United States.**

562 U.S. 1249, 131 S. Ct. 1550, 179 L. Ed. 2d 359, 2011 U.S. LEXIS 1135.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 393 Fed. Appx. 489.

**No. 10-8618. Aaron William Anderson, Jr., Petitioner v. United States.**

562 U.S. 1249, 131 S. Ct. 1550, 179 L. Ed. 2d 359, 2011 U.S. LEXIS 1157.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 618 F.3d 873.

**No. 10-8623. Enedino Vasquez-Martinez, Petitioner v. United States.**

562 U.S. 1249, 131 S. Ct. 1551, 179 L. Ed. 2d 359, 2011 U.S. LEXIS 1140.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 398 Fed. Appx. 970.

**No. 10-8624. Robert Wettstain, Petitioner v. United States.**

562 U.S. 1249, 131 S. Ct. 1551, 179 L. Ed. 2d 359, 2011 U.S. LEXIS 1257.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 618 F.3d 577.

**No. 10-8626. Sann Thach, Petitioner v. United States.**

562 U.S. 1249, 131 S. Ct. 1551, 179 L. Ed. 2d 359, 2011 U.S. LEXIS 1159.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 411 Fed. Appx. 485.

**No. 10-8627. Frank Murinko, Petitioner v. United States.**

562 U.S. 1249, 131 S. Ct. 1551, 179 L. Ed. 2d 359, 2011 U.S. LEXIS 1289.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 410 Fed. Appx. 2.

**No. 10-8632. Estoredarcio Bernard, Petitioner v. United States.**

562 U.S. 1249, 131 S. Ct. 1551, 179 L. Ed. 2d 359, 2011 U.S. LEXIS 1164.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.